# EXHIBIT 2

# ChemRisk, LLC

101 Second Street,
Suite 700
San Francisco, CA 94105
Fax: 415-896-2444
Ph: 415-896-2400

O'Connell, Tivin, Miller and Burns, LLC
135 S. LaSalle St., Suite 2300
Chicago, IL 60603

**Attention:** Daniel J. O'Connell, Esq.

November 30, 2011

**ChemRisk, LLC Tax ID No. 26-4018820**

File #: 10780-016
Inv #: 33541

**RE:** John Crane Inc., - Flange Gasket Research (Madl) - Conduct Study

## LIST OF FEES

| DATE | CONS. | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| Nov-09-11 | DCO | Project related work - Conduct study | 13.75 | 3,025.00 |
|  | MPF | Project related work - Conduct study | 13.75 | 2,750.00 |
|  | AKM | Project related work - Conduct study | 13.75 | 5,156.25 |
|  | JLH | Project related work - Conduct study | 8.00 | 3,400.00 |
|  | SHG | Project related work - Prepare for study | 1.00 | 255.00 |
|  | DMH | Project related work - Conduct flange study | 13.75 | 3,025.00 |
|  | MEL | Project related work - Conduct study | 13.75 | 2,475.00 |
| Nov-10-11 | DCO | Project related work - Conduct study | 13.00 | 2,860.00 |
|  | MPF | Project related work - Conduct study | 12.25 | 2,450.00 |
|  | AKM | Project related work - Conduct study | 12.25 | 4,593.75 |
|  | JLH | Project related work - Conduct study | 5.00 | 2,125.00 |
|  | DMH | Project related work - Conduct flange study | 12.25 | 2,695.00 |

AMSG0169

P709-169

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | MEL | Project related work - Conduct study | 12.25 | 2,205.00 |
| Nov-11-11 | DCO | Project related work - Conduct study | 12.50 | 2,750.00 |
|  | MPF | Project related work - Conduct study | 12.50 | 2,500.00 |
|  | AKM | Project related work - Conduct study | 12.50 | 4,687.50 |
|  | JLH | Project related work - Conduct study | 6.00 | 2,550.00 |
|  | SHG | Project related work - Prepare for study | 0.50 | 127.50 |
|  | DMH | Project related work - Conduct flange study | 12.50 | 2,750.00 |
|  | MEL | Project related work - Conduct study | 12.50 | 2,250.00 |
| Nov-12-11 | DCO | Project related work - Conduct study | 12.25 | 2,695.00 |
|  | MPF | Project related work - Conduct study | 13.00 | 2,600.00 |
|  | AKM | Project related work - Conduct study | 12.00 | 4,500.00 |
|  | SHG | Project related work - Conduct study | 8.50 | 2,167.50 |
|  | DMH | Project related work - Conduct flange study | 13.25 | 2,915.00 |
|  | MEL | Project related work - Conduct study; pack up study materials and follow-up after study | 13.00 | 2,340.00 |
|  | Total Hours and Fees |  | 285.75 | $71,847.50 |

### LIST OF DISBURSEMENTS

| | |
|---|---|
| Lodging/Hotel | 634.51 |
| Meals | 87.79 |
| Office Supplies | 34.79 |
| Other Travel | 58.50 |
| Project Supplies | 5,365.74 |
| Lodging/Hotel | 630.00 |
| Meals | 114.05 |
| Other Expense | 27.60 |
| Other Travel | 407.00 |
| Subcontractor | 22,107.34 |

| Date | Description | Amount |
|---|---|---:|
| Nov-11-11 | Postage and Shipping | 16.70 |
| | Postage and Shipping | 21.62 |
| Nov-12-11 | Airfare | 383.95 |
| | Airfare | 383.95 |
| | Mileage | 19.98 |
| Nov-14-11 | Other Expense | 593.35 |
| | Meals | 204.90 |
| | Meals | 87.89 |
| | Other Expense | 135.71 |
| | Other Travel | 9.72 |
| | Other Expense | 118.04 |
| | Lodging | 660.95 |
| | Meals | 11.87 |
| | Meals | 43.26 |
| | Meals | 102.60 |
| | Meals | 10.18 |
| | Meals | 36.53 |
| | Meals | 75.26 |
| | Meals | 140.96 |
| | Meals | 21.10 |
| | Meals | 70.10 |
| | Meals | 73.42 |
| | Meals | 35.17 |
| | Meals | 180.00 |
| | Other Expense | 84.24 |
| | Other Expense | 7.20 |
| | Other Travel | 243.24 |
| | Airfare | 539.64 |
| | Airfare | 7.20 |
| Nov-15-11 | Other Travel | 31.19 |
| | Other Travel | 35.11 |
| | Copying/Binding | 50.64 |
| | Meals | 2,201.04 |
| Nov-16-11 | Project Supplies | 49.30 |
| Nov-18-11 | Other Travel | 42.34 |
| | Other Travel | 24.00 |
| | Other Travel | 554.42 |
| | Other Travel | 7.20 |
| | Other Travel | 40.54 |
| | Postage and Shipping | 73.85 |
| | Postage and Shipping | 73.85 |
| | Postage and Shipping | 35.30 |
| | Postage and Shipping | 73.85 |
| | Postage and Shipping | 150.00 |
| | Other Expense | 32.29 |
| | Other Expense | 21.53 |
| | Postage and Shipping | 28.87 |
| Nov-25-11 | Postage and Shipping | |

| Date | Description | Amount |
|---|---|---|
| | Postage and Shipping | 28.87 |
| | Postage and Shipping | 146.59 |
| | Postage and Shipping | 16.45 |
| | Postage and Shipping | 13.16 |
| | Postage and Shipping | 34.73 |
| Nov-28-11 | Office Supplies | 10.26 |
| | Mileage | 118.55 |
| | Project Supplies | 1,830.65 |
| | Other Travel | 6.00 |
| Nov-29-11 | Meals | 38.95 |
| Nov-30-11 | Direct Project Expense 285.75 @ 8.00 | 2,286.00 |
| | Copying/Binding | 263.33 |

| | |
|---|---|
| Total Disbursements | $42,104.91 |
| Total Fees & Disbursements for Current Invoice Period | $113,952.41 |
| **TOTAL AMOUNT DUE FOR CURRENT INVOICE PERIOD** | **$113,952.41** |

Please reference invoice number on payment.
Invoices remaining unpaid at 45 days are subject to 18% APR.

**CONSULTANT SUMMARY FOR CURRENT INVOICE**

| | |
|---|---|
| DCO | Dallas Cowan |
| MPF | Michael P. Folan |
| AKM | Amy Madl |
| JLH | John Henshaw |
| SHG | Shannon Gaffney |
| DMH | Dana Hollins |
| MEL | Matt Le |

**PLEASE REMIT PAYMENT FOR THE ABOVE PAST DUE INVOICES AS SOON AS POSSIBLE. IF YOU SHOULD HAVE ANY QUESTIONS PLEASE CALL, MARK GARAVAGLIA, CHEMRISK's DIRECTOR OF FINANCE AT 415-618-3233.**