Plaintiffs' Exhibit
JC 5114(a)

PLAINTIFF'S
EXHIBIT

708

# SUMMARY OF CHEMRISK INVOICES

### PRODUCED 11/21/2016

| Invoice Date | Invoice No. | Type of Study | Invoice Amount | Bates No. |
|---|---|---|---|---|
| 1/31/09 | 28310 | Gasket and Packing Exposure Study | $ 2,280.45 | AMSG009 |
| 2/28/09 | 28456 | Gasket and Packing Exposure Study | $ 1,373.99 | AMSG0051 |
| 3/31/09 | 28533 | Gasket and Packing Exposure Study | $ 11,012.00 | AMSG0053 |
| 4/30/09 | 28694 | Gasket and Packing Exposure Study | $ 8,996.12 | AMSG0046 |
| 5/31/09 | 28900 | Gasket and Packing Exposure Study | $ 3,141.47 | AMSG0028 |
| 6/30/09 | 29000 | Gasket and Packing Exposure Study | $ 44,138.61 | AMSG0034 |
| 7/31/09 | 29085 | Gasket and Packing Exposure Study | $ 5,280.53 | AMSG0003 |
| 8/31/09 | 29175 | Gasket and Packing Exposure Study | $ 508.50 | AMSG0036 |
| 9/30/09 | 29286 | Gasket and Packing Exposure Study | $ 7,798.95 | AMSG0039 |
| 10/31/09 | 29474 | Gasket and Packing Exposure study | $ 31,695.28 | AMSG0007 |
| 11/30/09 | 29627 | Gasket and Packing Exposure Study | $ 21,813.55 | AMSG0043 |
| 12/31/09 | 29646 | Gasket and Packing Exposure Study | $ 2,230.21 | AMSG0010 |
| 1/31/10 | 29875 | Understanding Gasket Composition | $ 5,818.75 | AMSG0196 |
| 1/31/10 | 29877 | Understanding the Limitation of Tyndall Lighting | $ 4,924.75 | AMSG0225 |
| 2/28/10 | 30007 | Gasket and Packing Exposure Study | $ 10,791.90 | AMSG0011 |
| 2/28/10 | 29941 | Understanding Gasket Composition | $ 3,936.00 | AMSG0199 |
| 2/28/10 | 29942 | Understanding the Limitation of Tyndall Lighting | $ 3,049.25 | AMSG0228 |
| 3/31/10 | 30041 | Understanding Gasket Composition | $ 1,943.00 | AMSG0200 |
| 3/31/10 | 30042 | Tyndall Lighting Research | $ 25,920.00 | AMSG0230 |
| 6/30/10 | 30492 | Gasket and Packing Exposure Study | $ 2,800.50 | AMSG0014 |
| 6/30/10 | 30519 | Understanding Gasket Composition | $ 3,020.29 | AMSG0184 |
| 6/30/10 | 30520 | Tyndall Lighting Research | $ 4,203.92 | AMSG0212 |
| 7/31/10 | 30691 | Gasket and Packing Exposure Study | $ 6,287.15 | AMSG0016 |
| 7/31/10 | 30689 | Flange Gasket Research | $ 7,567.52 | AMSG0091 |
| 7/31/10 | 30598 | Understanding Gasket Composition | $ 1,238.32 | AMSG0185 |
| 7/31/10 | 30599 | Tyndall Lighting Research | $ 5,071.75 | AMSG0214 |
| 8/31/10 | 30762 | Gasket and Packing Exposure Study | $ 7,730.77 | AMSG0020 |
| 8/31/10 | 30767 | Flange Gasket Research | $ 2,911.57 | AMSG0093 |
| 8/31/10 | 30786 | Understanding Gasket Composition | $ 544.50 | AMSG0187 |
| 9/30/10 | 31017 | Gasket and Packing Exposure Study | $ 6,266.65 | AMSG0024 |

## SUMMARY OF CHEMRISK INVOICES

### PRODUCED 11/21/2016

| Invoice Date | Invoice No. | Type of Study | Invoice Amount | Bates No. |
|---|---|---|---|---|
| 9/30/10 | 31016 | Flange Gasket Research | $ 4,746.09 | AMSG0095 |
| 9/30/10 | 30868 | Understanding Gasket Composition | $ 3,105.07 | AMSG0194 |
| 9/30/10 | 30869 | Tyndall Lighting Research | $ 485.50 | AMSG0222 |
| 10/31/10 | 31150 | Gasket and Packing Exposure Study | $ 3,848.25 | AMSG0026 |
| 10/31/10 | 31151 | Flange Gasket Research | $ 1,237.50 | AMSG0097 |
| 12/31/10 | 31513 | Flange Gasket Research | $ 16,328.16 | AMSG0100 |
| 12/31/10 | 31387 | Understanding Gasket Composition | $ 308.00 | AMSG0191 |
| 12/31/10 | 31388 | Tyndall Lighting Research | $ 6,125.27 | AMSG0215 |
| 1/31/11 | 31677 | Flange Gasket Research | $ 14,059.00 | AMSG0104 |
| 1/31/11 | 31689 | Tyndall Lighting Research | $ 6,478.50 | AMSG0232 |
| 2/28/11 | 31832 | Flange Gasket Research | $ 40,491.48 | AMSG0063 |
| 2/28/11 | 31816 | Tyndall Lighting Research | $ 1,024.34 | AMSG0233 |
| 3/31/11 | 32066 | Flange Gasket Research | $ 84,597.76 | AMSG0076 |
| 3/31/11 | 32022 | Tyndall Lighting Research | $ 383.00 | AMSG0217 |
| 4/30/11 | 32205 | Flange Gasket Research | $ 2,273.92 | AMSG0105 |
| 4/30/11 | 32226 | Tyndall Lighting Research | $ 6,656.50 | AMSG0182 |
| 4/30/11 | 32226 | Tyndall Lighting Research | $ 6,656.50 | AMSG0204 |
| 5/31/11 | 32411 | Flange Gasket Research | $ 2,039.48 | AMSG0079 |
| 6/30/11 | 32572 | Flange Gasket Research | $ 42.48 | AMSG0065 |
| 7/31/11 | 32727 | Flange Gasket Research | $ 1,100.40 | AMSG0107 |
| 8/31/11 | 32943 | Understanding Gasket Composition | $ 2,671.66 | AMSG0176 |
| 8/31/11 | 32944 | Tyndall Lighting Research | $ 1,215.00 | AMSG0205 |
| 9/30/11 | 33153 | Tyndall Lighting Research | $ 2,381.00 | AMSG0207 |
| 10/31/11 | 33383 | Flange Gasket Research (Madl) | $ 47,664.80 | AMSG0071 |
| 10/31/11 | 33384 | Understanding Gasket Composition | $ 15,153.15 | AMSG0178 |
| 11/30/11 | 33540 | Flange Gasket Research (Madl) - Study preparation | $ 35,250.50 | AMSG0059 |
| 11/30/11 | 33542 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 25,344.00 | AMSG0112 |
| 11/30/11 | 33541 | Flange Gasket Research (Madl) - Conduct Study | $ 113,952.41 | AMSG0172 |
| 11/30/11 | 33538 | Understanding Gasket Composition | $ 423.00 | AMSG0179 |
| 12/31/11 | 33827 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 19,909.87 | AMSG0116 |

# SUMMARY OF CHEMRISK INVOICES

## PRODUCED 11/21/2016

| Invoice Date | Invoice No. | Type of Study | Invoice Amount | Bates No. |
|---|---|---|---|---|
| 12/31/11 | 33828 | Tyndall Lighting Research | $ 3,830.00 | AMSG0209 |
| 12/31/11 | 33837 | Understanding Take Home Asbestos Exposure Potential | $ 6,020.00 | AMSG0236 |
| 1/31/12 | 33956 | Flange Gasket Research (Madl) - Data analysis | $ 14,020.76 | AMSG0081 |
| 1/31/12 | 33957 | Understanding Gasket Composition | $ 1,197.00 | AMSG0189 |
| 1/31/12 | 34010 | Understanding Take Home Asbestos Exposure Potential | $ 4,718.25 | AMSG0240 |
| 2/29/12 | 34207 | Flange Gasket Research (Madl) - Data analysis | $ 28,616.83 | AMSG0056 |
| 2/29/12 | 34162 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 236.00 | AMSG0109 |
| 2/29/12 | 34208 | Understanding Gasket Composition | $ 1,480.00 | AMSG0173 |
| 2/29/12 | 34209 | Tyndall Lighting Research | $ 4,596.00 | ANSG0202 |
| 2/29/12 | 34314 | Understanding Take Home Asbestos Exposure Potential | $ 2,942.50 | AMSG0237 |
| 2/29/12 | 34354 | Understanding Take Home Asbestos Exposure Potential | $ 3,056.50 | AMSG0241 |
| 3/31/12 | 34814 | Flange Gasket Research (Madl) - Data analysis | $ 48,051.48 | AMSG0082 |
| 4/30/12 | 34873 | Flange Gasket Research (Madl)- Data analysis | $ 35,662.82 | AMSG0086 |
| 5/31/12 | 35429 | Flange Gasket Research (Madl)- Data analysis | $ 19,071.74 | AMSG0088 |
| 6/30/12 | 35901 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 21,932.17 | AMSG0119 |
| 7/31/12 | 35995 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 6,149.60 | AMSG0121 |
| 7/31/12 | 36138 | Tyndall Lighting Research | $ 65,400.00 | AMSG0219 |
| 8/31/12 | 36493 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 43,712.95 | AMSG0124 |
| 9/30/12 | 37220 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 24,349.50 | AMSG0128 |
| 10/31/12 | 38167 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 39,050.75 | AMSG0132 |
| 11/30/12 | 38756 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 28,654.69 | AMSG0135 |
| 11/30/12 | 38290 | Tyndall Lighting Research | $ 54,500.00 | AMSG0221 |
| 1/11/13 | 39447 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 6,484.50 | AMSG0137 |
| 2/11/13 | 39895 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 5,767.50 | AMSG0139 |
| 3/11/13 | 40320 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 5,534.50 | AMSG0141 |
| 4/12/13 | 41050 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 2,816.50 | AMSG0143 |
| 5/13/13 | 42263 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 16,927.00 | AMSG0146 |
| 6/17/13 | 43144 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 57,592.50 | AMSG0153 |
| 6/25/13 | 43404 | Take Home Study | $ 175,000.00 | AMSG0244 |
| 7/2/13 | 43875 | Take home Study manuscript | $ 50,000.00 | AMSG0243 |

## SUMMARY OF CHEMRISK INVOICES

PRODUCED 11/21/2016

| Invoice Date | Invoice No. | Type of Study | Invoice Amount | Bates No. |
|---|---|---|---|---|
| 7/9/13 | 43931 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 27,445.50 | AMSG0156 |
| 8/12/13 | 44887 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 25,198.50 | AMSG0159 |
| 9/16/13 | 46867 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 17,348.00 | AMSG0163 |
| 10/11/13 | 46618 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 7,414.00 | AMSG0160 |
| 11/11/13 | 47323 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 18,996.50 | AMSG0166 |
| 12/17/13 | 47713 | Flange Gasket Research (Madl) - Study follow-up and data analysis | $ 16,181.50 | AMSG0168 |
| | | | | |
| | | **TOTAL** | **$ 1,600,204.88** | |
| | | | | |