IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA CARROLL, individually and as personal representative of THE ESTATE OF RONALD KENNETH CARROLL, deceased,

          Plaintiff,                      ORDER

v.

                                        15-cv-373-wmc

JOHN CRANE INC.,

          Defendant.

---

This case is set for trial commencing on Monday, July 17, 2017, at 9:00 a.m. The court continued the final pretrial conference today, July 14, 2017, at which the parties appeared by counsel. The court made several rulings and set deadlines for additional filings during that hearing, which this order now formalizes.

ORDER

IT IS ORDERED that:

1) The parties may have until Monday, July 17, 2017, to file pared-down expert narratives for their respective experts, Holstein and McCloskey.

2) By Friday, July 14, 2017, plaintiffs may file clearly-delineated edits to the closing liability instructions consistent with today's discussions.

3) By the end of the day on Saturday, July 15, 2017, plaintiffs may file a short brief on legal authority supporting the admission of exhibits 221-228, 239 and 240. In particular, plaintiffs must provide contemporaneous authority regarding the disclosure requirements under section 5 of the Material Safety

Data Sheets. Defendant may have until noon on Monday, July 17, 2017, to file a short response brief.

Entered this 14th day of July, 2017.

          BY THE COURT:

          /s/

          _____
          WILLIAM M. CONLEY
          District Judge