IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA CARROLL, individually and as personal representative of THE ESTATE OF RONALD KENNETH CARROLL, deceased,

    Plaintiffs,

v.

JOHN CRANE INC.,

    Defendant.

ORDER

15-cv-373-wmc

---

On the parties' deposition designations, counter-designations, and objections as to Robert Rygh, the court rules as follows. The court reminds the parties that as a general note applicable to all videotaped deposition excerpts that will be played for the jury, the party offering the testimony shall include *only* specifically designated and approved questions and answers. In particular, that party is responsible for removing all objections and any other asides or discussions between counsel.

| Plaintiffs' Design'ns | Defendant Objections | Defendant Desgin'ns | Plaintiffs' Objections | Court Ruling |
|---|---|---|---|---|
| | | 11:6-13:6 | 12:1-12:8 | OVERRULED |
| | | 40:4-40:21 | 40:19-40:21 | OVERRULED |
| | | 41:11-42:18 | 41:1-44:3 | OVERRULED except as to 41:11-41:17 |
| | | 43:6-44:19; 44:22; 44:25-45:23 | 44:17-45:23 | OVERRULED |
| | | 46:8-49:19 | 46:8-47:25 | OVERRULED |
| | | 50:22-51:17; 52:12-55:14 | 50:1-55:14 | OVERRULED except as to 53:7-53:16 |
| | | 57:14-57:18 | 57:14-57:17 | OVERRULED |
| | | 57:22-57:25 | 57:22-57:25 | OVERRULED |
| | | 62:18-63:3 | 62:18-63:3 | OVERRULED |

| Plaintiffs' Design'ns | Defendant Objections | Defendant Desgin'ns | Plaintiffs' Objections | Court Ruling |
|---|---|---|---|---|
| | | 69:4-70:21; 71:12-72:20 | 69:4-72:20 | OVERRULED |
| | | 76:1-76:22 | 76:1-76:22 | OVERRULED |
| | | 78:11-81:20 | 78:11-81:20 | OVERRULED |
| | | 81:24-83:7 | 81:24-83:7 | OVERRULED |
| | | 83:12-83:15 | 83:12-83:15 | OVERRULED |
| | | 85:25-86:20 | 85:25-86:20 | OVERRULED |
| | | 89:1-89:4 | 89:1-89:4 | OVERRULED |
| | | 115:16-116:16 | 115:5-116:6 | SUSTAIN |
| | | 117:19-119:22 | 117:19-119:22 | OVERRULED |
| | | 122:3-122:12 | 122:3-122:12 | OVERRULED |
| | | 125:7-125:12 | 125:7-125:12 | OVERRULED |

Entered this 18 day of July, 2017.

BY THE COURT:

/S/

_____

WILLIAM M. CONLEY
District Judge