IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA CARROLL, *Individually and as Personal Representative of* THE ESTATE OF RONALD KENNETH CARROLL,

                    Plaintiffs,

v.

JOHN CRANE INC.,

                    Defendant.

SPECIAL VERDICT

15-cv-373-wmc

---

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1**: At the time the asbestos-containing gaskets and packing left the control of John Crane Inc. were they in such a defective condition as to be unreasonably dangerous to a user due to design, warnings, both or neither? (**Choose only one**)

| | | | |
|---|---|---|---|
| (i) | Design | | _____ |
| (ii) | Warnings | | _____ |
| (iii) | Both | | _____ |
| (iv) | Neither | | ___X___ |

*If you answered "Neither" to Question No. 1, then skip Question No. 2 and proceed to Question No. 3. If your answer was anything other than "Neither," then answer Question No. 2.*

1

QUESTION NO. 2:  Was the defective condition a substantial contributing factor in causing Ronald Carroll's mesothelioma?

                                                                       Yes  _____     No _____

QUESTION NO. 3:  Did John Crane Inc. negligently expose Ronald Carroll to asbestos?

                                                                       Yes  _____     No __X__

*If you answered "No" to Question No. 3, then proceed to the end of the verdict form and sign and date it. If you answered "Yes" to Question No. 3, then answer Question No. 4.*

QUESTION NO. 4:  Was John Crane Inc.'s negligence a substantial contributing factor in causing Ronald Carroll's mesothelioma?

                                                                       Yes  _____     No _____

*If you answered "No" to Question No. 4, then proceed to the end of the verdict form and sign and date it. If you answered "Yes" to Question No. 4, then answer Question No. 5.*

QUESTION NO. 5:  Did the U.S. Navy expose Ronald Carroll to asbestos?

                                                                       Yes  _____     No _____

*If you answered "Yes" to Question No. 5, then answer Question No. 6. If you answered "No" to Question No. 5, then skip Question No. 6 and proceed to Question No. 7.*

QUESTION NO. 6: Was the U.S. Navy's exposure a substantial factor in causing Ronald Carroll's injuries?

Yes _____  No _____

QUESTION NO. 7: Did Wisconsin Power and Light negligently expose Ronald Carroll to asbestos?

Yes _____  No _____

*If you answered "Yes" to Question No. 7, then answer Question No. 8. If you answered "No" to Question No. 7, then skip Question No. 8 and proceed to Question No. 9.*

QUESTION NO. 8: Was Wisconsin Power and Light's negligence a substantial factor in causing Ronald Carroll's injuries?

Yes _____  No _____

QUESTION NO. 9: Did any other entity or entities negligently expose Ronald Carroll to asbestos?

Yes _____  No _____

*If you answered "Yes" to Question No. 9, then answer Question No. 10. If you answered "No" to Question No. 9, then skip Question No. 10 and proceed to the instruction before Question No. 11.*

QUESTION NO. 10: Was the individual negligence of any other single entity a substantial factor in causing Ronald Carroll's injuries?

                Yes _____  No _____

*In answering Question No. 11, you should insert 0% as the answer for any entity that you have determined either was not negligent or whose negligence was not a substantial factor in causing Ronald Carroll's injuries.*

QUESTION NO. 11: Assuming the total causal responsibility for Ronald Carroll's injuries to be 100%, what percentage of the causal responsibility do you attribute to:

| | | | |
|---|---|---|---|
| (i) | Defendant John Crane Inc. | _____ | % |
| (ii) | U.S. Navy | _____ | % |
| (iii) | Wisconsin Power and Light | _____ | % |
| (iv) | Other Entities | _____ | % |

(include total % for all entities that you determined in answering Question No. 10 were a substantial factor in causing Ronald Carroll's injuries)

**Must Total 100%** *unless* you have entered 0% for *all* entities.

_____
Presiding Juror

Madison, Wisconsin
Dated this _19_ day of July, 2017.

4