# Exhibit 2

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91467186 | 10/31/2016 | 224750 |
| **Job Date** | **Case No.** | |
| 10/20/2016 | 15CV373 | |
| **Case Name** | | |
| Patricia Carroll, et al v. ABB, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX 75206
Phone:214-741-6001   Fax:214-741-6824

Grace E. Kim
Godfrey & Kahn, S.C.
One East Main Streeet
Suite 500
Madison, WI 53701

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Gene Samuelson                                     913.10

                                     **TOTAL DUE >>>**     **$913.10**
                                     AFTER 12/15/2016 PAY     $1,050.07

Reference No.   : 123438

Thank you.  We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                Phone:      Fax:

*Please detach bottom portion and return with payment.*

Grace E. Kim
Godfrey & Kahn, S.C.
One East Main Streeet
Suite 500
Madison, WI 53701

| | |
|---|---|
| Job No.   : 224750 | BU ID   :2-DAL |
| Case No.   : 15CV373 | |
| Case Name : Patricia Carroll, et al v. ABB, Inc., et al | |

Invoice No.  : 91467186     Invoice Date : 10/31/2016

**Total Due  : $ 913.10**
AFTER 12/15/2016 PAY $1,050.07

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:             Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **U.S. Legal Support**
           **P.O. Box 4772-14**
           **Houston, TX  77210-4772**

# INVOICE

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX  75206
Phone:214-741-6001   Fax:214-741-6824

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91467064 | 10/31/2016 | 224742 |
| **Job Date** | **Case No.** | |
| 10/19/2016 | 15CV373 | |
| **Case Name** | | |
| Patricia Carroll, et al v. ABB, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Grace E. Kim
Godfrey & Kahn, S.C.
One East Main Streeet
Suite 500
Madison, WI  53701

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dale Herman                                                  1,233.80

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Robert Rygh                                                 576.30

**TOTAL DUE  >>>**      **$1,810.10**
AFTER 12/15/2016 PAY     $2,081.62

Reference No.  : 123425

Thank you.  We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                         Phone:      Fax:

*Please detach bottom portion and return with payment.*

Grace E. Kim
Godfrey & Kahn, S.C.
One East Main Streeet
Suite 500
Madison, WI  53701

Job No.      : 224742         BU ID       :2-DAL
Case No.      : 15CV373
Case Name    : Patricia Carroll, et al v. ABB, Inc., et al

Invoice No.  : 91467064       Invoice Date : 10/31/2016
**Total Due**  : $ 1,810.10
AFTER 12/15/2016 PAY $2,081.62

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support**
             **P.O. Box 4772-14**
             **Houston, TX  77210-4772**



doby professional reporting inc.

9531 W. 78th Street, Ste. 120
Eden Prairie, MN 55344

| Date | Invoice # |
| --- | --- |
| 11/8/2016 | 16190 |

**Bill To**

Godfrey & Kahn, S.C.
Grace E. Kim
One East Main Street, Ste. 500
P.O. Box 2719
Madison, WI 53701-2719

| Due Date |
| --- |
| 12/8/2016 |

| Description | Amount |
| --- | --- |
| Re: Patricia Carroll, individually and as Personal Representative of the Estate of Ronald Kenneth Carroll, deceased and ABB, Inc., et al. | |
| | |
| Depositions of Patricia Carroll, Dawn Anderson and Brian Carroll, 10.18.16 | |
| | |
| Share of original; Patricia Carroll | 11.28 |
| One copy | 354.00 |
| Courtesy DISCOUNT | -53.10 |
| Share of original; Dawn Anderson | 5.97 |
| One copy | 132.75 |
| Courtesy DISCOUNT | -19.91 |
| Share of original; Brian Carroll | 5.97 |
| One copy | 132.75 |
| Courtesy DISCOUNT | -19.91 |
| Reporter's appearance fee (your share) | 18.75 |
| Fee waived | -18.75 |
| Exhibits scanned | 10.15 |
| Read and sign administration fee; your share | 5.00 |
| | |
| Reporter: Jane T. Doby, Registered Merit Reporter | |

*Please make check payable to:*
*Doby Professional Reporting, Inc.*

*FEIN: 41-1807344*

*We accept Visa, MasterCard and Discover*

| | |
| --- | --- |
| **Total** | $564.95 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $564.95 |

952-943-1587          DobyReporting.com