# Exhibit 3

# GODFREY🙢KAHN S.C.

ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719
TEL • 608.257.3911   FAX • 608.257.0609
www • GKLAW.COM

Direct: 608-284-2248
jdobie@gklaw.com

March 31, 2017

Ms. Susan Brooks
O'Connell, Tivin, Miller and Burns, LLC
400 E. Wisconsin Avenue, Suite 400
Milwaukee, WI 53202

RE: *Carroll v. ABB, Inc., et al.*
U.S. District Court, Western District of Wisconsin Case No. 15-CV-373

Dear Ms. Brooks:

Enclosed is a check for $377.14 in payment of our firm's share of the cost to obtain the documents from Wisconsin Power & Light in this matter.

Sincerely,

GODFREY & KAHN, S.C.

*Julie Dobie*

Julie Dobie, CAP
Legal Executive Assistant to Grace Kim

Enclosure

17018801.1

| DATE | INVOICE # | CLIENT / MATTER # | GL # / DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03-22-17 | 17033003 | 071457-0108 | COPIES | 377.14 |

Godfrey & Kahn, S.C.
833 East Michigan Street
Milwaukee, WI 53202

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY, NO RECEIPT DESIRED.

277859

277859

GODFREY KAHN s.c.

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

**GODFREY KAHN** s.c.
833 East Michigan Street
Milwaukee, WI 53202

BMO Harris Bank
Chicago, Illinois

277859

2-28/710

VOID AFTER 90 DAYS

PAY THREE HUNDRED SEVENTY-SEVEN AND 14/100

TO THE ORDER OF
O'CONNELL, TIVIN, MILLER AND BURNS
400 E. WISCONSIN AVENUE, SUITE 400
MILWAUKEE, WI 53202

DATE 03-30-2017

AMOUNT $ 377.14

Yulina Goldbrod
AUTHORIZED SIGNATURE

⑆277859⑆